1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GARDEN CITY, INC., et al., | ) | Case No.: 5:13-cv-00577-PSG |
|---|---|---|
| Plaintiffs, | ) | **ORDER STAYING DEADLINE TO FILE AMENDED COMPLAINT PENDING RESOLUTION OF DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED SEPTEMBER 5, 2013** |
| v. | ) | |
| SAN JOSE, et. al., | ) | |
| Defendants. | ) | |
| | ) | (Re: Docket No. 35) |

In light of the court's pending resolution of Defendants' Motion for Leave to File a Motion for Reconsideration of the Court's Order Dated September 5, 2013, the court hereby stays the deadline for Plaintiffs to file their amended complaint. An extended deadline will issue with the court's order on that motion.

**IT IS SO ORDERED.**

Dated: September 27, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 5:13-cv-00577-PSG
ORDER