ALLEN RUBY (SBN 47109)
allen.ruby@skadden.com
AMY S. PARK (SBN 208204)
amy.park@skadden.com
PATRICK HAMMON (SBN 255047)
patrick.hammon@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Plaintiff
GARDEN CITY, INC., dba CASINO M8TRIX

[additional counsel on signature page]

*IT IS SO ORDERED AS MODIFIED.*
*Paul S. Grewal*
*Judge Paul S. Grewal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN CITY, INC., dba CASINO M8TRIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | CASE NO.: 5:13-cv-00577-PSG <br><br> **[PROPOSED] SCHEDULING ORDER** |

1  WHEREAS, on January 8, 2014, the Court ordered the parties to submit a proposed
2  scheduling order for this case no later than January 15, 2014,
3  WHEREAS, the parties have met and conferred regarding a proposed schedule in this case,
4  WHEREAS, in the interests of compromise and presenting an agreed schedule to the Court,
5  the parties have agreed upon and propose the following schedule for this case:

6  Fact Discovery Cutoff ............................................................................ September 16, 2014
7  Designation of Experts with Reports ..................................................... September 30, 2014
8  Designation of Rebuttal Experts With Reports.........................................October 30, 2014
9  Expert Discovery Cutoff…………………………………………………November 21, 2014
10 Last Day for Dispositive Motions to be Heard[1] ............. 10:00 a.m. on December 18, 2014
11 Final Pretrial Conference ....................................................... 10:00 am on Hgdtwct{ '32, 2015
12 Trial ............................................................................................ 9:30 a.m. on February 45, 2015

13 WHEREAS, the parties agree that the presumptive limits on discovery set forth in the
14 Federal Rules of Civil Procedure shall apply to this case.
15 WHEREAS, the parties further agree that they shall comply with the Standing Order for
16 Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal with regard
17 to the timing and content of the Joint Pretrial Statement and all other pretrial submissions.

18 DATED:  January 15, 2014
                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
19

20                                  By:_____/s/ Amy S. Park_____
                                              Amy S. Park
21                                       Attorneys for Plaintiff

22 DATED:  January 15, 2014
                                    RICHARD DOYLE, CITY ATTORNEY
23

24                                  By: _____/s/ Ardell Johnson_____
                                              Ardell Johnson
25                                       Chief Deputy City Attorney
                                         Attorneys for Defendants
26

27 ─────────────────
28 [1] This is the last date for *hearing* dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[~~Proposed~~] Scheduling Order – 5:13-cv-00577-PSG

ORDER

The Court, having reviewed and considered the parties' proposed schedule, HEREBY ORDERS that the schedule set forth above shall apply to this case.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal with regard to the timing and content of the Joint Pretrial Statement and all other pretrial submissions.

DATED: Lcpwct{'38, 2014

PAUL S. GREWAL
U.S. Magistrate Judge