
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN CITY, INC., <br><br>              Plaintiff, <br><br>     v. <br><br> CITY OF SAN JOSE, et. al., <br><br>              Defendants. | Case No. 5:13-cv-00577-PSG <br><br> **ORDER RELIEVING PARTIES OF ADR OBLIGATION** |

The court ORDERS that the parties are relieved of any ADR obligation pursuant to the ADR L.R.

**IT IS SO ORDERED.**

Dated: February 24, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge