```
 1  ALLEN RUBY, SBN 47109
    allen.ruby@skadden.com
 2  AMY S. PARK, SBN 208204
    amy.park@skadden.com
 3  PATRICK HAMMON, SBN 255047
    patrick.hammon@skadden.com
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    525 University Avenue, Suite 1400
 5  Palo Alto, CA 94301
    Telephone: 650-470-4500
 6  Facsimile:  650-470-4570

 7  Attorneys for Plaintiff
    GARDEN CITY, INC., dba CASINO M8TRIX
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| GARDEN CITY, INC., dba CASINO M8TRIX, a California corporation, | Case No.: **CV 13-0577 PSG** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |
| vs. | |
| CITY OF SAN JOSE, a California municipal corporation, SAN JOSE POLICE DEPARTMENT, for the City of San Jose, RICHARD TENG, individually and as Administrator of the San Jose Police Department Division of Gaming Control, and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Garden City Inc., dba Casino M8trix ("Casino M8trix"), and Defendants the City of San Jose, the San Jose Police Department, and Richard Teng (collectively the "Defendants"), through their undersigned attorneys, STIPULATE AND AGREE as follows:

WHEREAS, Casino M8trix filed a Complaint against Defendants in this Court on February

1

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**   CV 13-0577 PSG

8, 2013;

WHEREAS, on October 31, 2013, Defendants filed a motion for summary judgment, which the Court subsequently denied;

WHEREAS, Casino M8trix has determined to dismiss this action and, in light of the prior filing of a summary judgment motion, seeks to do so pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Casino M8trix and Defendants that the above captioned action shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

IT IS SO STIPULATED.

Dated: April 8, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
AMY S. PARK
Attorney for Plaintiff
GARDEN CITY, INC., dba CASINO M8TRIX

Dated: April 8, 2014

RICHARD DOYLE, City Attorney

By: _____
ARDELL JOHNSON
Chief Deputy City Attorney
Attorney for Defendants,
CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT and RICHARD TENG

IT IS SO ORDERED.

DATED: April 8, 2014

_____
The Honorable Paul S. Grewal
Judge of the District Court

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL            CV 13-0577 PSG